EXHIBIT 3

fficer - Last Approved Position Description

**UHR Only**

HR Consultant:

**General Position Information**

**EMPLOYEE DETAILS**

| | |
|---|---|
| Employee Last Name: | VACANT |
| Employee First Name: | VACANT |
| Employee Number: | 000000 |
| Employee Type: | No Response |

**PURPOSE OF THIS REQUEST**

| | |
|---|---|
| Please identify the type of request that is being submitted. Check One | Role Change (Staff Only) |
| If you have selected Role Change, please provide requested Role Title | Financial Services Manager II |
| Request Approved by HR. *Select one.* | RC - Upward |
| Why is this request being submitted? | Our previous Director of Finance resigned her position. This is to fill that vacancy and assign additional duties to the position. |
| Is this position to be posted? | Yes |
| Effective Date: BiWeekly Payroll Calendar Monthly Payroll Calendar | 01/23/2012 |

**ACTION NOTES**

OCM Notes to Department

Department Notes to OCM

Put your user type and/or name first and then the message to OCM. Please be advised that Supervisor/Manager, Approver1, Approver2, and OCM users see your notes in this field.

**CONTACT INFORMATION**

| | |
|---|---|
| Contact Name | Brooks, Joyce H |
| Contact Telephone Number: (format: xxx-xxx-xxxx) | 276-619-4349 |
| Contact E-mail Address: (format: xxxxx@virginia.edu) | jbrooks@swcenter.edu |
| Contact FAX Number: | 276-619-4309 |
| Organization Users | Brooks, Joyce Fowlkes, Rachel |
| Employee User | |

## POSITION INFORMATION

| | |
|---|---|
| Organization | 20370 SW-SW VA H Ed Ctr |
| School/Unit | SW Virginia Higher Ed Center |
| Position Summary: | Lead and supervise the financial department of the agency including budget development, procurement, revenue generation, reconciliation, grant applications and management, and the SWVHEC Foundation. Serve as the Agency's chief financial officer for all matters concerning State budgets, strategic planning, capital construction, and regulatory functions. Provide financial advising for R&D grant applications, grant recipients, and the grants administrator. Develop and initiate sustainable revenue growth for the SWVHEC and SWVHEC Foundation. Serve on the Agency's Executive Management Team Develop continuing education courses for financial professionals. Performs work of varied and considerable difficulty requiring advanced data collection, analysis, forecasting, and compiling and writing reports. Applies knowledge of accounting principles, auditing standards, budgeting practices, public administration, and/or legal and regulatory compliance. Interacts frequently with internal and external senior officials, professionals, and the public requiring a high level of communication skills to analyze or resolve issues. Develops, interprets, and/or evaluates compliance with policies and procedures.<br><br>RESULTS<br>Significant impact with the potential to gain or lose public goodwill and revenues from multiple sources. Significant impact on various statewide and/or institutional systems. May impact policy and budget decisions at agency level. Decisions made impact the effectiveness and efficiency of administrative and business processes. |

ACCOUNTABILITY
Works independently or as a team member within existing guidelines and policies.
May provide peer assistance in specialty area or serve as a leader for a team or small work unit.
Serves as a resource to others in resolving more complex problems.
Exercises considerable discretion and judgment in making recommendations related to the allocation of funds, payment rates, expenditures or investments.

| | |
|---|---|
| Working Title: | CHIEF FINANCIAL OFFICER |
| Agency Code: | 948 SW VA Higher Ed Center |
| Type of Compensation: | Salaried |
| Payroll: | Bi-weekly |
| Number of Work Hours Per Week: (format: xx.xxxx) | 40 |
| Number of Months/Year: | 12 |
| End Date of Position (if applicable): | |
| Location of Position: | HR-Washington County |
| Drug Testing Required? | |
| (Typically positions involved in patient contact, mass transportation or law enforcement are included) | No |
| Is this position eligible for Telecommuting? | No |
| Is this position approved for an Alternate Work Schedule? | No |
| Integrated System (Oracle) Purchasing Responsibility Assigned? | No |
| Funding Source(s): | State |
| Please identify the sources of funding and percentage: | 102202.101.SR00096.20370 |
| Distinguishing Characteristics: Click Here for more information. | |
| Emergency Assistance: | May be required to perform other duties as assigned. May be required to assist the agency or state government generally in the event of an emergency declaration by the Governor. |
| Current Salary: | |
| Approved Salary: | |

**POSITION IDENTIFICATION**

| | |
|---|---|
| Action Number | 034912 |

US Position Number:

Position Number                R1492

Position Type:                 University Managerial and Professional Staff

UVa Job Title:                 TBD-8023

UVa Job Title Code:            8023

Posting UVa Job Title:

**College and University Personnel
Association (CUPA)**

Select the CUPA Survey job code that    No Response
best reflects the primary purpose of the
UVa job.

**Western Management Group's
EduComp (WE)**

Select the EduComp Survey job code    No Response
that best reflects the primary purpose of
the UVa job.

**Watson Wyatt (WW)**

Select the WW Survey job code that best    WW - 1470 Human Resources Assistant
reflects the primary purpose of the UVa
job.

WW Level Indicator

Select the level.                 3

**Additional Surveys**

Select additional Survey job code that    No Response
best reflects the primary purpose of the
UVa job.

Market Range - Lower Reference:    $1

Market Range - Upper Reference:    $999,999

Market Range Disclaimer:    The advertised "Market Range" is only applicable to employees
who are hired as "University Staff". Should the selected
candidate be a current UVA "Classified Staff" employee and
elect to remain "Classified Staff" in this position, their
employment conditions will be governed by the State of
Virginia Personnel Act and the limits therein.

Job Group                      3A

Job Group Name                 PROFESSIONALS - NON-FACULTY - MGR

Underutilization Class- Female    No

Female Availability Rate (%)

Underutilization Class - Minority    Yes

| | |
|---|---|
| Minority Availability Rate (%) | 17.51 |
| Appointment Type: | |
| Title | Accounting Manager C |
| Title Code | 23418 |
| Role Title | Financial Services Manager II |
| Role Code | 19035 |
| Rank: | |
| Pay Band: | 6 |
| Pay Band Range: | $53,510 - $109,818 |
| Grade | Classified.6. |
| Career Group: | Financial Services |
| Occupational Family | Administrative Services |
| Type of Application: | Staff Application |
| EEO Category: | Professionals |
| EEO-6 Code: | 3 |
| EEO-6 Sub Code: | E |
| IPEDS Category: | |
| SOC Code: | 11-3031 |
| Conflict of Interest Statement Required: | No |
| FLSA Exemption Status: | Exempt |
| Employment Posting Category | Current UVA Employees Only |
| Is Health Care License Required?: | No |

**POSITION SUPERVISION**

| | |
|---|---|
| Name: | Fowlkes, Rachel D |
| Employee Number: | 136823 |
| Role Title: | Assistant Professor |
| Action Number | 034912 |
| Position Number | FP169 |

**FLSA DETERMINATION**

If the responsibilities and duties of this position suggest that the position be "exempted" from the requirements of the Fair Labor Standards Act (FLSA) complete each question listed below. When completed, please mark FLSA designation in the "FLSA Exemption Classification" section below. Otherwise, advance to the "FLSA Exemption Classification" section below and select "Non-Exempt".

**Executive Exemption**

Is this employee compensated on a salary or fee basis at a rate of not less than $455 per week, exclusive of board, lodging, or other facilities?

Is the employee's primary duty managing the enterprise, or managing a customarily recognized department or subdivision of the enterprise?

Does the employee customarily and regularly direct the work of two or more other full-time employees or their equivalent?

Does the employee have the authority to hire or fire other employees, or are this employee's suggestions as to the hiring, firing, advancement, promotion or any other change of status of other employees given particular weight?

Executive Exemption Indicator:                    Does not meet the criteria for Executive Exemption

**Administrative Professional Exemption**

Is this employee compensated on a salary or fee basis at a rate of not less than $455 per week, exclusive of board, lodging, or other facilities?

Is this employee's primary duty the performance of office or non-manual work directly related to the management or general business operations of the employer or the employer's customers?

Does the employee's primary duty include the exercise of discretion and independent judgment with respect to matters of significance?

Administrative Professional Exemption Indicator                    Meets the criteria for Administrative Exemption

**Educational Administrative Professional Exemption**

Is this employee compensated on a salary or fee basis at a rate of not less

than $455 per week, exclusive of board, lodging, or other facilities?

Is the employee compensated for services on a salary basis which is at least equal to the entrance salary?

Is the employee's primary duty performing administrative functions directly related to academic instruction or training in an educational establishment or department or subdivision thereof?

Educational Administrative Professional Exemption Indicator

Does not meet the criteria for Educational Administrative Professional Exemption

### Computer Professional Exemption

Is this employee compensated on a salary or fee basis at a rate of not less than $455 per week, exclusive of board, lodging, or other facilities or, if compensated on an hourly basis, at a rate not less than $27.63 an hour?

Is this employee employed as a computer systems analyst, computer programmer, software engineer or other similarly skilled worker in the computer field?

Does the employee's primary duty consist of one or more of the following:

(A) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software, or system functional specifications;

(B) The design, development, documentation, analysis, creation, testing, or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;

(C) The design, documentation, testing, creation, or modification of computer programs related to machine operating systems; or

(D) A combination of the aforementioned duties, the performance of which requires the same level of skills?

Computer Professional Exemption Indicator

Does not meet the criteria for Computer Professional Exemption

### Learned Professional Exemption

Is this employee compensated on a salary or fee basis at a rate of not less than $455 per week, exclusive of board, lodging, or other facilities?

Is this employee's primary duty the performance of work requiring advanced

| | |
|---|---|
| knowledge, defined as work which is predominantly intellectual in character and which includes work requiring the consistent exercise of discretion and judgment? | |
| Is the advanced knowledge required for this employee's primary duty in a field of science or learning? | |
| Is the advanced knowledge required for this employee's primary duty customarily acquired by a prolonged course of specialized intellectual instruction? | |
| Is this employee's primary duty teaching, tutoring, instructing or lecturing in the activity of imparting knowledge and is this employee employed as a teacher by an educational establishment and actively engaged in this activity? | |
| Is this employee the holder of a valid license or certificate permitting the practice of law or medicine or any of their branches and actually engaged in the practice thereof? | |
| Is this employee the holder of the requisite academic degree for the general practice of medicine and engaged in an internship or resident program pursuant to the practice of the profession? | |
| Learned Professional Exemption Indicator | Does not meet the criteria for Learned Professional Exemption |
| **Creative Professional Exemption** | |
| Is this employee compensated on a salary or fee basis at a rate of not less than $455 per week, exclusive of board, lodging, or other facilities? | |
| Is this employee's primary duty the performance of work requiring invention, imagination, originality, or talent in a recognized field of artistic or creative endeavor? | |
| Creative Professional Exemption Indicator | Does not meet the criteria for Creative Professional Exemption |
| FLSA Exemption Classification Check One | Exempt |

## Responsibilities and Duties

Percent of Duty Total: **100**

3 Records

| Percentage of Time | Responsibility Statement | Duties | Level of Importance |
|---|---|---|---|
| 50 | Supervision of financial department | Lead and supervise the financial department of the agency including budget development, budget oversight, procurement, revenue generation, reconciliation, grant applications and | High |

management, and the SWVHEC Foundation.
Develop continuing education courses for financial professionals.
Develop and initiate sustainable revenue growth for the SWVHEC and SWVHEC Foundation.
Serve on the Agency's Executive Management Team

| 25 | Serve as Chief Financial Officer | Serve as the Agency's chief financial officer for all matters concerning State budgets, strategic planning, capital construction, and regulatory functions. | High |
| 25 | Provide oversight of grant applications | Provide financial advising for R&D grant applications, grant recipients, and the grants administrator. | High |

## Qualifications

### EDUCATION

| Required Education | |
| --- | --- |
| What is the minimum level of formal education **required** to successfully perform the duties and responsibilities of the position? Choose one. | Bachelor's Degree |
| If any specific degree/training is **required**, please specify: | Bachelor's Degree in Accounting and Certified Public Accountant licensure. |
| Preferred Education | |
| What level of education is **preferred** to successfully perform the duties and responsibilities of the position? Choose one. | Master's Degree |
| If any specific degree/training is **preferred**, please specify type: | Master's in Business Administration, Accounting, or finance. A bachelor's degree with licensure as a Certified Public Accountant will be considered in lieu of a Master's degree. |

### EXPERIENCE AND CERTIFICATION

| Required Experience | Considerable - 4 to 7 years |
| --- | --- |
| If any experience is **required**, please specify kind of experience: | Experience in business accounting. Demonstrated experience in the generation of revenue. |
| Preferred Experience | Extensive - 7 years plus |
| Preferred Experience | |
| If any experience is **preferred**, please specify kind of experience: | Experience working in both for profit and governmental organizations, working with mergers and acquisitions, and SEC filings, and in the leadership of teams. |
| Required License or Certification: | No |
| If yes, what is the **required** License or Certification: | |
| Is Health Care License Required?: | No |
| Preferred License or Certification: | Yes |

| If yes, what is the **preferred** License or Certification: | Certified Public Accountant licensure |
|---|---|

| KNOWLEDGE, SKILLS AND ABILITIES | |
|---|---|

| **Required** Knowledge, Skills and Abilities: | Extensive knowledge of accounting and audit principles. |
|---|---|
| **Preferred** Knowledge, Skills and Abilities: | Knowledge of acquisitions, grants. |
| **Required** Computer Applications: | Microsoft Office Applications |
| **Preferred** Computer Applications: | Oracle |

| Level of Independent Activity | |
|---|---|

| In terms of overall job responsibilities, to what degree does an incumbent determine own work priorities? Choose one. | Determines priorities more than 50% of time |
|---|---|
| Are there formal guidelines, government regulations, policies that must be followed by the position (Exclude UVa & Commonwealth Human Resource Policies that cover all employees)? | Yes |
| If yes, please explain, include what policies, formal guidelines or government regulations are involved: | ARMICS |
| To what degree does this position require decision-making or problem solving skills, as a primary function of the position? (This normally involves analyzing and synthesizing complex information or recommendations from several sources). Choose one. | Overriding job requirement |
| Site specific examples of decisions made with supervisory guidance AND specific examples of decisions made without supervisory guidance. | With: Strategic planning or any action that requires interfacing with the Department of Planning & Budget Without: Working with the businesses within our grant family and the day-to-day management of the finance department. |
| Does this position have budgetary responsibilities (Normally, would not include single function duties such as data entry or data collection)? | Yes |
| If yes, please describe the extent of these responsibilities to include number and dollar value of accounts and/or grants. For grants positions, designate pre and/or post award. | This position will have oversight of 2.8 million in state budget monies and 17 million in grant monies. |

| Contacts of Position | |
|---|---|

2 Records

| Offices or Organizations | Purpose of Contact | Level of Contact | Frequency of Contact |
|---|---|---|---|
| VA Department of Planning and Budget | Gather and disseminate inforamtion... | Outside UVA | As Needed |

| University of Virginia | Gather and disseminate inforamtion... | Inside and Outside UVA | As Needed |
|---|---|---|---|

## Working Conditions and Physical Requirements

### Working Environment

| Check the appropriate box(es) that best describes the environment in which the primary function of the position is performed. | Office Environment |
|---|---|
| If you have indicated "Other Environment", if work tasks involve one or more of the above, or if further explanation is necessary, please use the space provided: | |

### Working Conditions & Exposures

Please answer "Yes" or "No" to the questions below concerning the Working Conditions or Exposures (or potential exposures) that this position may encounter during the course of the work day.

| | |
|---|---|
| Changes of Temperature | No |
| Extreme Heat >100F | No |
| Exposure to Noise | No |
| Atmospheric Contaminants (includes odors & fumes) | No |
| Biohazard | No |
| Radiation | No |
| Exposure or Potential Exposure to Blood/Body Fluids | No |
| Chemical Hazards | No |
| Animal Handling | No |
| Electrical Current | No |
| Working Around Machinery | No |
| Working from scaffolding and high places | No |
| Walking/Standing on rough or uneven surfaces (gravel, rocks, etc) | Yes |
| Walking/Standing on wood, metal or concrete | Yes |
| Use of a firearm | No |
| Please describe, in more detail, any of the conditions answered with "Yes" | There is a chance that the candidate would visit new industrial sites, etc. that would be in the construction or renovation |

phase.

## Physical Requirements

Please designate the time spent by this position, during an average work day (% of work time), performing any of the following, or in performing duties using any of the following bodily motions. If position does not require a particular motion, respond by checking N/A. Responses that exceed 26% of work time need to be described where indicated:

| | |
|---|---|
| Crawling | 0-25% |
| Kneeling | 0-25% |
| Squatting | 0-25% |
| Bending, Stooping, Twisting | 0-25% |
| Sitting for sustained periods of time | 26-50% |
| Standing for sustained periods of time | 0-25% |
| Walking | 0-25% |
| Driving | 0-25% |
| Lifting Above Waist | 0-25% |
| Lifting Below Waist | 0-25% |
| Light Lifting - Less than 20 lbs. | 0-25% |
| Moderate Lifting - 20 - 50 lbs. | 0-25% |
| Heavy Lifting - More than 50 lbs | 0-25% |
| Carrying | 0-25% |
| Pushing/Pulling | 0-25% |
| Climbing Ladders | 0-25% |
| Climbing Stairs | 0-25% |
| Repetitive Motion | 0-25% |
| Use Both Hands | 0-25% |
| Use of Either Hand, Independently | 26-50% |
| Fine Finger Manipulation (keyboarding, pipefitting, bench work, etc) | 26-50% |
| Wrist Movement (twisting or rotating) | 0-25% |
| Describe any of the conditions selected above that are in excess of 26% time | |

## Protective Clothing/Equipment

Please check the appropriate response for this position's use of the following protective clothing or equipment.

| | |
|---|---|
| Latex Gloves | No |
| Protective Clothing | No |
| Respirator | No |
| Surgical Mask | No |
| Ear Protection (including earplugs) | No |
| Eye Protection | No |

If other protection is used please identify:

## Sensory Requirements

Please check the appropriate response that describe the sensory requirements for this position.

| | |
|---|---|
| Vision (With and without corrective lenses) | Yes |
| Depth Perception | No |
| Color Vision | No |
| Peripheral Vision | No |
| Near Vision | Yes |
| Distant Vision | No |
| Hearing | Yes |
| Speaking | Yes |

## Reporting Relationships

**4 Records**

| Type of Report: | Title: | Number of Positions At This Title: | Total FTE: | If Titles, Number of Positions and Total FTE are not known, indicate the circumstances when position will supervise others: |
|---|---|---|---|---|
| **Direct** | Business Manager | 1 | 1 | |
| **Direct** | Administrative Assistant | 1 | 1 | |
| **Indirect** | Director, Clean Energy | 1 | 1 | |
| **No Response** | Grants Administrator | 1 | 1 | |

## EOP/Provost Training

**1** Record

| Last Name | First Name | UVa Community Member | Computing ID | Search Committee Training | Hiring Official Training | Provost Tutorial | Search Committee Chair | Search Committee Co-Chair | Search Committee Member | Hiring Official | Role (Historical) |
|-----------|-----------|---------------------|--------------|--------------------------|------------------------|------------------|------------------------|---------------------------|-------------------------|----------------|-------------------|
| Brooks | Joyce | Yes | jhb5q | | | | No | No | No | Yes | |

RESUME

William D. Carmack
550 N. Court Street
Abingdon, Virginia  24210
276-628-7522
duffycarmack@hotmail.com

**Education:**
MBA (1999) California Costal University

Bank Management: (1989) University of Virginia Diploma

B.A. (1978) Emory and Henry College

**Work Experience:**
1999 – Present: CEO Eye Physicians of Southwest Virginia.  Responsible for fiscal operations, marketing, human resources, compliance and training for regional Ophthalmology practice.  Established two Optical Centers responsible for inventory control and financial operations of each.

2005- Present: President Carmack Healthcare Management, LLC.
Clients include:
 **Administrator for Johnston Memorial Hospital's Ambulatory Surgery Center.** Participated in research and development of this unique center including applying for Certificate of Need with the Commonwealth of Virginia and obtaining all licenses with the Virginia Department of Health and the DEA.  Responsible for the daily oversight and operations of the facility.  Budget preparation, supervision of 28 employees.  Also manage the real estate and equipment holding companies that own and equip this facility.

**Consulting Manager** Abingdon Ear Nose and Throat.  Provide periodic support in management and training for daily operations.  Assist in capital budget process and recruitment of physicians for practice expansion.  Attend monthly meeting of Board of Directors to assist physicians in the management and development of their private practice.

1995- 1999: COO and Director of Contracted Care Johnston Memorial Hospital: Responsible for the operations and fiscal management of following departments; Emergency, Case Management, Quality Management, Utilization Review, Industrial Health and Social Work.  Worked as part of senior administration

1985-1995: SVP Bank of America. Managed one of the largest retail banking centers in the Commonwealth with loans and deposits approximating 97 million dollars. Responsibilities included loan and investment approval. Annual budget preparation, managing in excess of 30 employees, community marketing and economic development.

1983-1985: Executive Director Washington County Chamber of Commerce. Responsible for the Economic and Tourism Development for Washington County of Virginia. Worked closely with the Virginia Department of Economic Development to plan and implement Industrial Parks and recruit industry and business into our community.

1981-1983: Virginia Employment Commission (CETA Division). Worked as a Contract Officer for the VEC to take funds from the Department of Labor and establish On-The-Job Training Programs within private industry through 13 counties of Southwest Virginia.

1978-1981: Math Teacher Washington County Public Schools.

**Community Activities:**
Member of Abingdon Rotary Club
President of the Johnston Memorial Community Foundation Board
Chairman of the Washington County Board of Zoning Appeals
Past Member of the Foundation of Washington County Public Library
Past President Washington County Chamber of Commerce
Member of Sinking Spring Presbyterian Church

| Organization | 20370 SW-SW VA H Ed Ctr |
|---|---|
| School/Unit | SW Virginia Higher Ed Center |
| Position Summary | Lead and supervise the financial department of the agency including budget development, procurement, revenue generation, reconciliation, grant applications and management, and the SWVHEC Foundation. Serve as the Agency's chief financial officer for all matters concerning State budgets, strategic planning, capital construction, and regulatory functions. Provide financial advising for R&D grant applications, grant recipients, and the grants administrator. Develop and initiate sustainable revenue growth for the SWVHEC and SWVHEC Foundation. Serve on the Agency's Executive Management Team Develop continuing education courses for financial professionals. Performs work of varied and considerable difficulty requiring advanced data collection, analysis, forecasting, and compiling and writing reports. Applies knowledge of accounting principles, auditing standards, budgeting practices, public administration, and/or legal and regulatory compliance. Interacts frequently with internal and external senior officials, professionals, and the public requiring a high level of communication skills to analyze or resolve issues. Develops, interprets, and/or evaluates compliance with policies and procedures. RESULTS Significant impact with the potential to gain or lose public goodwill and revenues from multiple sources. Significant impact on various statewide and/or institutional systems. May impact policy and budget decisions at agency level. Decisions made impact the effectiveness and efficiency of administrative and business processes. ACCOUNTABILITY Works independently or as a team member within existing guidelines and policies. May provide peer assistance in specialty area or serve as a leader for a team or small work unit. Serves as a resource to others in resolving more complex problems. Exercises considerable discretion and judgment in making recommendations related to the allocation of funds, payment rates, expenditures or investments. |
| Working Title | CHIEF FINANCIAL OFFICER |
| Agency Code | 948 SW VA Higher Ed Center |

| Integrated System (Oracle) Purchasing Responsibility Assigned? | No |
| Conflict of Interest Statement Required? | No |

## POSITION IDENTIFICATION

| US Position Number | |
| Position Number | R1492 |
| Position Type | University Managerial and Professional Staff |
| Job Group | 3A |
| Job Group Name | PROFESSIONALS - NON-FACULTY - MGR |
| Underutilization Class-Female | No |
| Female Availability Rate (%) | |
| Underutilization Class - Minority | Yes |
| Minority Availability Rate (%) | 17.51 |

## POSITION SUPERVISION

| Name | Fowlkes, Rachel D |
| Position Number | FP169 |
| Employee Number | 136823 |
| Role Title | Assistant Professor |

## Responsibilities and Duties/Position Information

Percent of Duty Total: **100**

**3** Records

| Responsibility Statement | All Duties supporting the statement | Percentage of Time | Level of Importance |
|---|---|---|---|
| **Supervision of financial** | Lead and supervise the financial department of the agency including budget development, budget oversight, | 50 | High |

| department | procurement, revenue generation, reconciliation, grant applications and management, and the SWVHEC Foundation. Develop continuing education courses for financial professionals. Develop and initiate sustainable revenue growth for the SWVHEC and SWVHEC Foundation. Serve on the Agency's Executive Management Team | | |
|---|---|---|---|
| Serve as Chief Financial Officer | Serve as the Agency's chief financial officer for all matters concerning State budgets, strategic planning, capital construction, and regulatory functions. | 25 | High |
| Provide oversight of grant applications | Provide financial advising for R&D grant applications, grant recipients, and the grants administrator. | 25 | High |

## Qualifications (for Staff Positions)

| | |
|---|---|
| Preferred knowledge, skills and abilities for an individual performing this position: | |
| Special Licenses, Registration or Certification: | |
| Education or Training (cite major area of study): | |
| Level and Type of Experience | |

## EDUCATION

| | |
|---|---|
| Required Education | |
| What is the minimum level of formal education required to successfully perform the duties and responsibilities of the position? Choose one. | Bachelor's Degree |
| If any specific degree/training is required, please specify: | Bachelor's Degree in Accounting and Certified Public Accountant licensure. |
| Preferred Education | |
| What level of education is preferred to successfully perform the duties and responsibilities of the position? Choose one. | Master's Degree |
| If any specific degree/training is preferred, please specify type: | Master's in Business Administration, Accounting, or Finance. A bachelor's degree with licensure as a Certified Public Accountant will be considered in lieu of a Master's degree. |

## EXPERIENCE AND CERTIFICATION

| | |
|---|---|
| Required Experience: | Considerable - 4 to 7 years |
| If any experience is **required** please specify kind of experience: | Experience in business accounting. Demonstrated experience in the generation of revenue. |
| Preferred Experience | Extensive - 7 years plus |
| Preferred Experience<br><br>If any experience is preferred, please specify kind of experience: | Experience working in both for profit and governmental orgalnizations, working with mergers and acquistions, and SEC filings, and in the leadership of teams. |
| Required License or Certification: | No |
| If yes, what is the **required** License or Certification | |
| Is Health Care License Required?: | No |
| Preferred License or Certification: | Yes |
| If yes, what is the **preferred** License or Certification | Certified Public Accountant licensure |

### KNOWLEDGE, SKILLS AND ABILITIES

| | |
|---|---|
| Required Knowledge, Skills and Abilities: | Extensive knowledge of accounting and audit principles. |
| Preferred Knowledge, Skills and Abilities: | Knowledge of acquisitions, grants, |
| **Required** Computer Applications: | Microsoft Office Applications |
| **Preferred** Computer Applications: | Oracle |

### Level of Independent Activity (for Staff Positions)

| | |
|---|---|
| In terms of overall job responsibilities, to what degree does an incumbent determine own work priorities? Choose one. | Determines priorities more than 50% of time |
| Are there formal guidelines, government regulations, policies that must be followed by the position (Exclude UVA & Commonwealth Human Resource Policies that cover all employees)?: | Yes |
| If yes, please explain, include what policies, formal guidelines or government regulations are involved: | ARMICS |

| | |
|---|---|
| To what degree does this position require decision-making or problem solving skills as a primary function of the position? (This normally involves analyzing and synthesizing complex information or recommendations from several sources) Choose one | Overriding job requirement |
| State specific examples of decisions made with supervisory guidance AND specific examples of decisions made without supervisory guidance. | With: Strategic planning or any action that requires interfacing with the Department of Planning & Budget. Without: Working with the businesses within our grant family and the day-to-day management of the finance department. |
| Does this position have budgetary responsibilities (Normally would not include single function duties such as data entry or data collection)? | Yes |
| If yes, please describe the extent of these responsibilities to include number and dollar value of accounts and/or grants. For grants positions, designate pre and/or post-award. | This position will have oversight of 2.8 million in state budget monies and 17 million in grant monies. |

## Contacts of Position (for Staff Positions)

2 Records

| Offices or Organizations | Purpose of Contact | Level of Contact | Frequency of Contact |
|---|---|---|---|
| VA Department of Planning and Budget | Gather and disseminate inforamtion | Outside UVA | As Needed |
| University of Virginia | Gather and disseminate inforamtion | Inside and Outside UVA | As Needed |

## Reporting Relationships (for Staff Positions)

4 Records

| Type of Report: | Title: | Number of Positions At This Title: | Total FTE: | If Titles, Number of Positions and Total FTE are not known, indicate the circumstances when position will supervise others: |
|---|---|---|---|---|
| Direct | Business Manager | 1 | 1 | |
| Direct | Administrative Assistant | 1 | 1 | |
| Indirect | Director, Clean Energy | 1 | 1 | |
| No Response | Grants Administrator | 1 | 1 | |

**Working Conditions and Physical Requirements (for Staff Positions)**

**Environment**

| | |
|---|---|
| Check the appropriate box(es) that best describes the environment in which the primary function of the position is performed. | Office Environment |
| If you have indicated "Other Environment," if work tasks involve one or more of the above, or if further explanation is necessary, please use the space provided. | |

**Working Conditions & Exposures**

| | |
|---|---|
| Please describe, in more detail, any of the conditions answered with "Yes." | There is a chance that the candidate would visit new industrial sites, etc. that would be in the construction or renovation phase. |

**Physical Requirements**

| | |
|---|---|
| Describe any of the conditions selected above that are in excess of 25% time. | |

**Committee Comments**

| | |
|---|---|
| Comments: | |

_____      _____
Date                                    Signature of Employee


_____      _____
Date                                    Signature of Supervisor


_____      _____      _____
Date                                    Signature of Hiring Authority              Name and Classification

February 27, 2012

Depart of Human Resources
University of Virginia
914 Emmet Street
Charlottesville, Virginia  22904

RE:  Application of Employment for  Posting Number: 0609279

Dear Sir/Madam,

Attached you will find my application for the CFO position, posting number 0609279, with the Southwest Virginia Higher Education Center in Abingdon, Virginia.  I am a native of Abingdon and have an extensive background in business and finance.  The Southwest Virginia Higher Education Center is an extraordinary place for our community. I would consider it a privilege to work as part of the management team that provides such unique educational, cultural and business opportunities for our area.

I look forward to speaking with you in the near future about this opportunity.


Sincerely


William D. Carmack

# RESUME

William D. Carmack
550 N. Court Street
Abingdon, Virginia  24210
276-628-7522
duffycarmack@hotmail.com

**Education:**
MBA (1999) California Costal University

Bank Management; (1989) University of Virginia Diploma

B.A. (1978) Emory and Henry College

**Work Experience:**
1999 – Present: CEO Eye Physicians of Southwest Virginia.  Responsible for fiscal operations, marketing, human resources, compliance and training for regional Ophthalmology practice.  Established two Optical Centers responsible for inventory control and financial operations of each.

2005- Present: President Carmack Healthcare Management, LLC.
Clients include:
**Administrator for Johnston Memorial Hospital's Ambulatory Surgery Center.** Participated in research and development of this unique center including applying for Certificate of Need with the Commonwealth of Virginia and obtaining all licenses with the Virginia Department of Health and the DEA.  Responsible for the daily oversight and operations of the facility.  Budget preparation, supervision of 28 employees.  Also manage the real estate and equipment holding companies that own and equip this facility.

**Consulting Manager** Abingdon Ear Nose and Throat.  Provide periodic support in management and training for daily operations.  Assist in capital budget process and recruitment of physicians for practice expansion.  Attend monthly meeting of Board of Directors to assist physicians in the management and development of their private practice.

1995- 1999: COO and Director of Contracted Care Johnston Memorial Hospital: Responsible for the operations and fiscal management of following departments; Emergency, Case Management, Quality Management, Utilization Review, Industrial Health and Social Work.  Worked as part of senior administration

1985-1995: SVP Bank of America.  Managed one of the largest retail banking centers in the Commonwealth with loans and deposits approximating 97 million dollars. Responsibilities included loan and investment approval.  Annual budget preparation, managing in excess of 30 employees, community marketing and economic development.

1983-1985: Executive Director Washington County Chamber of Commerce.  Responsible for the Economic and Tourism Development for Washington County of Virginia.  Worked closely with the Virginia Department of Economic Development to plan and implement Industrial Parks and recruit industry and business into our community.

1981-1983: Virginia Employment Commission (CETA Division).  Worked as a Contract Officer for the VEC to take funds from the Department of Labor and establish On-The-Job Training Programs within private industry through 13 counties of Southwest Virginia.

1978-1981: Math Teacher Washington County Public Schools.


**Community Activities:**
Member of Abingdon Rotary Club
President of the Johnston Memorial Community Foundation Board
Chairman of the Washington County Board of Zoning Appeals
Past Member of the Foundation of Washington County Public Library
Past President Washington County Chamber of Commerce
Member of Sinking Spring Presbyterian Church

Applicant Information

Page 1 of 8

Close Window



**UNIVERSITY**
*of* **VIRGINIA**

## Staff Application

| Posting Number: | Title: |
|---|---|
| 0609932 | Accounting Manager C |

## Personal Information

| First Name: | Middle Name or Initial: | Last Name: | Suffix (eg. Jr., Sr., III, etc.): |
|---|---|---|---|
| William | Duff | Carmack | |
| Preferred Name (Nickname): | Address: | Address 1: | Address 2: |
| Duffy | 550 Court Street | | |
| City: | State (enter Not Applicable if a non US address): | Zip Code: | Country: |
| Abingdon | Virginia | 24210 | United States of America |

| Home Phone<br><br>(format: US xxx-xxx-xxxx or International xx-xxx-xxx-xxxx):<br>276-628-7522 | Business Phone<br><br>(format: US xxx-xxx-xxxx or International xx-xxx-xxx-xxxx):<br>276-628-3118 | Cell Phone<br><br>(format: US xxx-xxx-xxxx or International xx-xxx-xxx-xxxx):<br>276-356-9778 | Email Address:<br>duffycarmack@hotmail.com |
|---|---|---|---|

| Are you at least 16 years of age or older?:<br>Yes | Have you ever worked at UVA before?:<br>Yes | If yes, indicate dates of employment and departments:<br>Adjunct Faculty for Business and Finance courses taught at Southwest Virginia Higher Education Center 2007-2009 |
|---|---|---|

## Education Level

| Indicate the highest grade completed (elementary through high school only): | If you did not complete high school, do you have high school equivalency diploma?: | Indicate the number of years post high school education:<br>Seven years | Highest Level of Education Completed:<br>Master's Degree |
|---|---|---|---|

## Education

### Licenses and Certifications

| Name/Type of License or Certification:<br>Virginia Drivers License | License / Certificate Number:<br>T68720646 | Licensing / Certifying Agency:<br>DMV | Expiration Date:<br>02/11/2019 |
|---|---|---|---|

## Employment History

| Employer Name:<br>Carmack Healthcare Management | Street Address:<br>550 Court Street | City:<br>Abingdon | State (enter NA if a non US address):<br>Virginia |
|---|---|---|---|
| Country:<br>United States of America | Zip Code:<br>24210 | Begin Date:<br>01-2008 | End Date (leave blank if still employed): |

Applicant Information

| Currently Employed?:<br>Yes | Job Title:<br>President | Work Performed:<br>Under the structure of an LLC I provide management and consulting services to various physician practices and a local ambuatory surgery center. Included in this is budget development,negotiation and procurement of insurance contracts and medical equipment. I currently supervise and direct 41 employees serving in various positions within these organizations. I provide accounting and financial services, recruitment of employees and physicians, maintain compliance policies as dictated by Department of Health and Human Services along with Medicare. Provide overall management of professional practices and surgery center operations. | Name while employed, if different from present: |
| --- | --- | --- | --- |
| Starting Salary:<br>95,000 | Most Recent/Ending Salary:<br>140,000 | Supervisor Name:<br>William F. Prestowitz, M.D. | Supervisor Email<br><br>(format: valid email address xxxxx@xxxxxxxx) : |
| Supervisor Phone (format xxx-xxx-xxxx):<br>276-628-3118 | Reason for Leaving:<br>currently employed | May we contact this Employer?:<br>No Response | |

| Employer Name:<br>University of Virginia | Street Address:<br>Southwest Virginia Higher Education Center | City:<br>Abingdon | State (enter NA if a non US address):<br>Virginia |
| --- | --- | --- | --- |
| Country:<br>United States of America | Zip Code:<br>24210 | Begin Date:<br>01-2004 | End Date (leave blank if still employed):<br>06-2008 |
| Currently Employed?:<br>No | Job Title:<br>Adjunct Professor | Work Performed:<br>Taught varlous classes in the Business Department for UVA at Wise, Abingdon Campus. Courses included Corporate Finance, Stock Investments and Marketing. Worked independently with students to train, tutor and coach with courses where assistance was needed. | Name while employed, if different from present: |
| Starting Salary:<br>$2000.00 per semister | Most Recent/Ending Salary: | Supervisor Name:<br>Elizabeth Lowe | Supervisor Email<br><br>(format: valid email address xxxxx@xxxxxxxx) : |
| Supervisor Phone (format xxx-xxx-xxxx):<br>276-628-4291 | Reason for Leaving:<br>Demands of full time job | May we contact this Employer?:<br>Yes | |

Applicant Information                                                                Page 3 of 8

| Employer Name:<br>**Johnston Memorial Hospital** | Street Address:<br>**16000 Johnston Memorial Drive** | City:<br>**Abingdon** | State (enter NA if a non US address):<br>**Virginia** |
|---|---|---|---|
| Country:<br>**Not Applicable** | Zip Code:<br>**24210** | Begin Date:<br>**03-1995** | End Date (leave blank if still employed):<br>**12-1999** |
| Currently Employed?:<br>**No** | Job Title:<br>**COO / Director of Managed Care** | Work Performed:<br>**Negotiated contracts with commercial insurance carriers to provide hospital services to their network. Provided recruitment, supervision, management and budget preparatioin for the following departments: Emergency, Case Management, Utilization Review, Risk Management, Industrial Health and Quality Management. Developed risk assessment tools to improve quality control within these departments. Served as Community Development Agent to market hospital services to local industry and to resolve issues they had related to Industrial Health or Workers Compensation concerns.** | Name while employed, if different from present: |
| Starting Salary:<br>**65,000.00** | Most Recent/Ending Salary:<br>**80,000.00** | Supervisor Name:<br>**Clark Beil, CEO** | Supervisor Email<br><br>(format: valid email address xxxxx@xxxxxxxx) : |
| Supervisor Phone (format xxx-xxx-xxxx):<br>**276-258-1000** | Reason for Leaving:<br>**Promotional Growth** | May we contact this Employer?:<br>**Yes** | |

| Employer Name:<br>**Bank of America formally Virginia National Bank** | Street Address:<br>**261 Main Street** | City:<br>**Abingdon** | State (enter NA if a non US address):<br>**Virginia** |
|---|---|---|---|
| Country:<br>**United States of America** | Zip Code:<br>**24210** | Begin Date:<br>**08-1985** | End Date (leave blank if still employed):<br>**04-1995** |
| Currently Employed?:<br>**No Response** | Job Title:<br>**SVP** | Work Performed:<br>**Served as Retail Bank Manager and SVP for commercial, retail, agricultural and mortgage lending in Virginia. Managed a loan and deposit portfolio in excess of $90 million. Responsible for budget preparation, establishment of goals, supervision of 24 people, loan approval investment/financial advice to clients. Implemented operational controls to** | Name while employed, if different from present: |

Applicant Information

Page 4 of 8

| | | insure office was compliant with local auditors and bank examiners. Initiated participation loans with multiple non-profit organizations to provide new services to our area. | |
|---|---|---|---|
| Starting Salary:<br>25,000 | Most Recent/Ending Salary:<br>65,000 | Supervisor Name:<br>Howard Baucom | Supervisor Email<br><br>(format: valid email address xxxxx@xxxxxxx) : |
| Supervisor Phone (format xxx-xxx-xxxx):<br>276-676-5067 | Reason for Leaving:<br>Professional Growth | May we contact this Employer?:<br>Yes | |

| Employer Name:<br>Washington County Chamber of Commerce | Street Address:<br>179 E. Main Street | City:<br>Abingdon | State (enter NA if a non US address):<br>Virginia |
|---|---|---|---|
| Country:<br>United States of America | Zip Code:<br>24210 | Begin Date:<br>01-1983 | End Date (leave blank if still employed):<br>12-1984 |
| Currently Employed?:<br>No | Job Title:<br>Executive Director | Work Performed:<br>As Director was responsible for the current operations and the sustained financial and operational development of the Washington County Chamber of Commerce. Worked with state and local officials to provide industrial development, tourism activities and marketing strategies that made tourism to one of the largest businesses in our town. Compiled grant applications for industrial park development including utilities and transporation services. Served as Secretary/Treasurer for the Industrial Development Authority which arranged for bond funding of industrial developement activities. | Name while employed, if different from present: |
| Starting Salary:<br>22,00 | Most Recent/Ending Salary:<br>25,000 | Supervisor Name:<br>Suzanne G. Lay | Supervisor Email<br><br>(format: valid email address xxxxx@xxxxxxx) : |
| Supervisor Phone (format xxx-xxx-xxxx):<br>276-628-8141 | Reason for Leaving:<br>Professonal Development | May we contact this Employer?:<br>Yes | |

| Employer Name:<br>Virginia Employment Commission CETA Division | Street Address:<br>487 W Main Street | City:<br>Abingdon | State (enter NA if a non US address):<br>Virginia |
|---|---|---|---|
| Country: | Zip Code: | Begin Date: | End Date (leave blank if still |

Applicant Information                                                                                         Page 5 of 8

| Not Applicable | 24210 | 01-1981 | employed):<br>07-1982 |
|---|---|---|---|
| Currently Employed?:<br>No | Job Title:<br>Contracting Officer | Work Performed:<br>VEC had a regional office in Abingdon for the administration of CETA funds to the 13 counties in Southwest Virginia. Responsible for distributing Federal money from the Department of Labor to local industry to create job training programs in Southwest Virginia. Office and CETA division no longer exists. | Name while employed, if different from present: |
| Starting Salary:<br>18,000 | Most Recent/Ending Salary:<br>21,000 | Supervisor Name:<br>Gerald Griswold (deceased) | Supervisor Email<br>(format: valid email address xxxxx@xxxxxxxx) : |
| Supervisor Phone (format xxx-xxx-xxxx): | Reason for Leaving:<br>Professional growth | May we contact this Employer?:<br>No Response | |

| Employer Name:<br>Washington County Public Schools | Street Address:<br>848 Thompson Drive | City:<br>Abingdon | State (enter NA if a non US address):<br>Virginia |
|---|---|---|---|
| Country:<br>United States of America | Zip Code:<br>24210 | Begin Date:<br>12-1977 | End Date (leave blank if still employed):<br>12-1979 |
| Currently Employed?:<br>No Response | Job Title:<br>Elementary Math Teacher | Work Performed:<br>Taught 7th grade math | Name while employed, if different from present: |
| Starting Salary:<br>8,000 | Most Recent/Ending Salary:<br>12,000 | Supervisor Name:<br>Donald Thayer | Supervisor Email<br>(format: valid email address xxxxx@xxxxxxxx) : |
| Supervisor Phone (format xxx-xxx-xxxx):<br>276-628-6179 | Reason for Leaving:<br>Professional Development | May we contact this Employer?:<br>Yes | |

## Miscellaneous Information

| Additional Information (Use this space to include training, seminars, workshops, special achievements, specialized skills):<br><br>My community contacts and leadership skills have allowed me, along with a group of local individuals, to create a Community Foundation for our local Hospital. I serve as Chairman of this Foundation and have had great success raising | Have you ever been convicted of a misdemeanor?<br><br>*(A conviction does not automatically disqualify you from all jobs. The relevance and significance of a conviction will be determined by many factors including the time, circumstances, and severity of the offense, and the extent to which it is related to the job for which you are applying.)*<br>No | If yes, please provide the following:<br><br>Description of offense, statute of ordinance, date of charge, date of conviction, and County/City/State of conviction: | Have you ever been convicted of a felony?<br><br>*(A conviction does not automatically disqualify you from all jobs. The relevance and significance of a conviction will be determined by many factors including the time, circumstances, and severity of the offense, and the extent to which it is related to the job for which you are applying.)*<br>No |

Applicant Information

money through events, estate planning and sustained giving from local citizens. The money we raise goes to fund health care equipment needs or to assist economically challenged individuals with health services that they would not otherwise receive.

I serve as the Court Appointed Chairman of the Washington County Board of Zoning Appeals. This committee of 7 hears and rules on appeals for local zoning issues as they relate to building permits and zoning ordances within our County.

I have served multiple terms on the Abingdon Rotary Club's Board of Directors.

Past President of the Washington County Chamber of Commerce.

Active in multiple leadership roles within community activities and church.

| If yes, please provide the following:<br><br>Description of offense, statute of ordinance, date of charge, date of conviction, and County/City/State of conviction: | Have you ever been convicted of any moving traffic violations?<br><br>*(A conviction does not automatically disqualify you from all jobs. The relevance and significance of a conviction will be determined by many factors including the time, circumstances, and severity of the offense, and the extent to which it is related to the job for which you are applying).*<br>**No** | If yes, please provide the following:<br><br>Description of offense, statute of ordinance, date of charge, date of conviction, and County/City/State of conviction: | Will you accept employment which requires you to travel?:<br>Yes |
|---|---|---|---|

## References

| Name:<br>Sean McMurray, CEO Johnston Memorial Hospital | Phone Number<br><br>(format: US xxx-xxx-xxxx or International xx-xxx-xxx-xxxx):<br>**276-258-1000** | Email Address:<br>mcmurrayss@msha.com | Professional Relationship:<br>**Worked in multiple roles with Sean for over 5 years** |
|---|---|---|---|
| Name:<br>Timothy G. McGarry, M.D. | Phone Number<br><br>(format: US xxx-xxx-xxxx or International xx-xxx-xxx-xxxx):<br>**276-628-1207** | Email Address:<br>tgm4bones@yahoo.com | Professional Relationship:<br>**Worked with Dr. McGarry in various roles over past 14 years** |
| Name: | Phone Number | Email Address: | Professional Relationship: |

Applicant Information

| Marsha A. Gilliam | (format: US xxx-xxx-xxxx or International xx-xxx-xxx-xxxx): 276-628-4121 | magilliam@eva.org | Worked with Marsha in organizing and developing JMH Community Foundation |
|---|---|---|---|

## Additional Information

| For purposes of compliance with The Immigration Reform and Control Act, are you legally eligible for employment in the United States?: Yes | Section 2.2-2804 of the Code of Virginia prohibits any board, commission, department, agency, institution, or instrumentality of the Commonwealth from employing a person who is required to present himself and submit to the federal Selective Service registration requirement and failed to do so. If you are/were required to register for the Selective Service, have you done so? Yes | For purposes of compliance with Section 2.2-2903 of the Code of Virginia, are you a veteran who received an honorable discharge and has (i) provided more than 180 consecutive days of full-time active-duty in the armed forces of the United States or reserve components thereof, including the National Guard, or (ii) has a service-connected disability rating fixed by the United States Veteran Affairs? No | If yes, did you serve during the Vietnam Conflict, 2/28/61 to 3/7/75?: No |
|---|---|---|---|

## Supplemental Questions

| Please describe your previous accounting experience. I have over 25 years of budget preparation experience which includes stragegic planning, project development, creating income/revenue expense reports. I have processed payroll, posted to general ledger, performed audits, reviewed reports and tax returns. Have completed financial analysis to determine cashflows, debt coverage and ratios used as multiple financial indicators. Have created 2 LLC's complete with necessary filings to the State Corporation Commission. Have created many proformas to justify capital projects or obtain bond or commercial financing. |
|---|
| Please descibe other work experience relevant to this Posting. I have had the opportunity to plan and oversee construction on multiple capital projects: Medical Complex, Branch Banks, Ambulatory Surgery Center. I have been involved in the full project scope including: planning, design, bid hearings, awarding of contracts, working daily with contractors and inspector, obtaining financing and working with interior designers through completion. <br><br> My previous positions always involved supervision and leadership of multiple individuals. I relate well to people and have great success in establishing a standard or goal and leading others to that point. I do this through various ways including: Explaining the purpose of the goal, how the group or organization will benefit from this, possible ways to achieve this goal, ask for ideas from the individual and insure verbal "by-in". I follow-up to insure progress and provid additional coaching if necessary. |
| What best describes your experience working in a foundation or non-profit organization? Considerable Experience (4 to 7 years) |

## Agreement

I understand that employment requires proof of eligibility to work in the United States according to the Immigration Reform and Control Act of 1988 and I will be able to provide the needed documentation to show my identity and eligibility upon hire.
I certify that the information contained in my application materials (e.g. this form, my resume, curriculum vitae, etc.) are true and correct to the best of my knowledge and belief and, in this connection, understand and agree that any misrepresentation, omission, or falsification of information provided herein constitutes grounds for immediate dismissal and may disqualify me for future employment at the University of Virginia. I hereby authorize the University of Virginia to verify my past and present employment, education and such other activities as are related to these application materials. I agree to cooperate in such inquiry and hereby release the University of Virginia from all responsibility or liability. I agree to submit to such pre-employment tests as may be deemed necessary by the University of Virginia and I understand that successful completion of such tests is in accordance with standards established by the University. In consideration of my employment by the University of Virginia, I agree to conform to and abide by all of its rules, policies and regulations.
I hereby authorize my past and present employers, schools, institutions, and all individuals, partnerships, associations or corporations and any other references to provide any information they may have regarding me. I hereby release them and other organizations from all liability, claims and causes of action for issuing same.
I understand that, if applicable, I must be registered with Selective Service.

Applicant Information                                              Page 8 of 8

BY SIGNING BELOW, I certify that I have read and agree with these statements.

**William Duff Carmack**
Applicant's Name          Applicant's Signature                    Date

Close Window

William D. Carmack
Job Posting 0609279

CONTACT INFORMATION

Sean McMurray, CEO Johnston Memorial Hospital
1000 Johnston Memorial Drive
Abingdon, Virginia  24211
Phone: 276-285-2860
Email:  mcmurrayss@msha.com

Timothy G. McGarry, M.D.
371 Augusta Drive
Abingdon, Virginia  24211
276-628-1207
tgm4bones@yahoo.com

Marsha A. Gilliam
c/o CSE Agency
263 W. Main Street
Abingdon, Virginia  24210
276-628-4121
magilliam@eva.org

# RESUME

William D. Carmack
550 N. Court Street
Abingdon, Virginia  24210
276-628-7522
duffycarmack@hotmail.com

## Education:
MBA (1999) California Costal University –
   In addition to the core MBA curriculum I completed courses in Corporate Finance and
Health Care Administration.  These areas have allowed me to work successfully in
Healthcare Management and Private Business Consulting.  It also gave me the credentials
to teach Business Courses at the College leve.

Bank Management: (1989) University of Virginia  Diploma
Received intensive training in credit analysis, financial structure, federal regulations,
personnel management and bank operations.

B.A. (1978) Emory and Henry College –
In addition to an Bachelor or Arts Degree I received a certification from the
Commonwealth of Virginia to teach in the public school system.

## Work Experience:
1999 – Present: CEO Eye Physicians of Southwest Virginia.  Responsible for fiscal
operations, marketing, human resources, compliance and training for regional
Ophthalmology practice.  Established two Optical Centers responsible for inventory
control and financial operations of each.

2005- Present: President Carmack Healthcare Management, LLC.
Clients include:
**Administrator for Johnston Memorial Hospital's Ambulatory Surgery Center.**
Participated in research and development of this unique center including applying for
Certificate of Need with the Commonwealth of Virginia and obtaining all licenses with the
Virginia Department of Health and the DEA.  Responsible for the daily oversite and
operations of the facility.  Budget preparation, supervision of 28 employees.  Also manage
the real estate and equipment holding companies that own and equip this facility.

**Consulting Manager** Abingdon Ear Nose and Throat.  Provide periodic support in
management and training for daily operations.  Assist in capital budget process and
recruitment of physicians for practice expansion.  Attend monthly meeting of Board of

Directors to assist physicians in the management and development of their private practice.

1995- 1999: COO and Director of Contracted Care Johnston Memorial Hospital: Responsible for the operations and fiscal management of following departments; Emergency, Case Management, Quality Management, Utilization Review, Industrial Health and Social Work.  Worked as part of senior administration

May 9, 2012

Department of Human Resources
University of Virginia
914 Emmet Street
Charlottesville, Virginia  22904

RE: Application of Employment for Posting Number 0609932

Dear Sir/Madam,

Attached you will find my application for the CFO position, posting 0609932, with the Southwest Virginia Higher Education Center in Abingdon Virginia.  I am a native of Abingdon and have an extensive background in business and finance.  The Southwest Virginia Higher Education Center is an extraordinary institution for our community.  I would consider it a privilege to work as part of the management team that provides unique educational, cultural and business opportunities for our area.

I look forward to speaking with you in the near future concerning this opportunity.

Sincerely,

William D. Carmack