# EXHIBIT 4

| | |
|---|---|
| **From:** | Duffy Carmack |
| **Sent:** | Friday, March 31, 2017 10:11 AM |
| **To:** | Joyce Brooks |
| **Cc:** | David Matlock |
| **Subject:** | Interview Committee |

Joyce,

I received a notice that I had been selected to participate on an interview committee. Normally I am glad to participate in this. However, I have known Joe personally for many years and do not feel that it would be fair to participate in this selection process.

Thanks

Duffy

1

94