# EXHIBIT 5

**From:** Christie Heath <heath_christie@yahoo.com>
**Sent:** Monday, November 10, 2014 10:07 AM
**To:** Duffy Carmack
**Subject:** Re: RSVP - Pillion

Thanks so much, look forward to seeing you then!
Christie

On Monday, November 10, 2014 9:58 AM, Duffy Carmack <dcarmack@swcenter.edu> wrote:

Christie,
I will be attending the reception for Todd Pillion, on Wednesday November 12. I will bring a check for Todd's Friends with me that evening.
Thanks

Duffy Carmack
Chief Financial Officer
Southwest Virginia Higher Education Center
276-619-4302
www.swcenter.edu

1

**From:** Duffy Carmack
**Sent:** Friday, October 18, 2013 8:55 AM
**To:** Rachel D. Fowlkes
**Subject:** RE: Speaker Howell Reception, Oct 29th, 6pm

I will RSVP today!
I will talk to you at 1:30 on the conference call

Duffy

**From:** Rachel D. Fowlkes
**Sent:** Thursday, October 17, 2013 10:44 PM
**To:** Duffy Carmack
**Subject:** Fwd: Speaker Howell Reception, Oct 29th, 6pm

Duffy
I can't tell if we can attend free or if we have to pay a lot of money.  Obviously this is a fund raiser.

I'm thinking we should not go, but will rely on your judgment.  Perhaps Joe Johnson can advise us what we should do.

R

Sent from my Verizon Wireless 4G LTE Smartphone

-------- Original message --------
From: Frank Kilgore <frank@fkilgore.net>
Date: 10/13/2013 11:40 PM (GMT-05:00)
To: frank@fkilgore.net
Subject: Speaker Howell Reception, Oct 29th, 6pm

Please find attached your formal invitation and directions to Speaker Howell's reception set for Oct 29th at 6pm. Confirmed guests include the entire Southwest Virginia House Delegation, Senator Bill Carrico, House Caucus Chair Tim Hugo, and House Majority Whip Delegate Jackson Miller. This is a great opportunity to meet with delegates from Roanoke west and the House leadership along with Sen Carrico who was in the House for years.  In other words, at one event the leaders that keep Southwest Virginia in the running will be present. Delegate Kilgore is providing the food and the delegation is inviting guests as well.  We hope to give the Speaker the welcome and support he deserves for being a long time friend to our region and a statesman in Richmond.  We hope to see you there, feel free to bring guests.  Frank  PS, if you get more than one invitation we apologize in advance, that means your address is on the computer of more than one host.

1