# EXHIBIT 7

# Terry Grimes

| | |
|---|---|
| **From:** | Hardy, Ryan S. <RHardy@oag.state.va.us> |
| **Sent:** | Friday, March 15, 2019 4:38 PM |
| **To:** | Brittany Haddox; Terry Grimes |
| **Cc:** | Kincer Jr, E. Lewis |
| **Subject:** | Carmack v. Commonwealth |

Counsel,

Please see the link to access Defendants' supplemental production of documents. I will follow up with a final ROG/RFP response.

https://oag.sharefile.com/d-s49d85a0edf44c1c8

Regards,

**Ryan S. Hardy**
**Assistant Attorney General**
**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0969 Office
RHardy@oag.state.va.us
http://www.ag.virginia.gov



This electronic communication may contain confidential or privileged information for an intended recipient. If you are not the intended recipient or received this email in error, please notify the sender immediately by return email and delete this email without disclosing, duplicating or otherwise transmitting the contents, including all attachments.

## Terry Grimes

| | |
|---|---|
| **From:** | Hardy, Ryan S. <RHardy@oag.state.va.us> |
| **Sent:** | Friday, March 15, 2019 4:38 PM |
| **To:** | Brittany Haddox; Terry Grimes |
| **Cc:** | Kincer Jr, E. Lewis |
| **Subject:** | Carmack v. Commonwealth |

Counsel,

Please see the link to access Defendants' supplemental production of documents. I will follow up with a final ROG/RFP response.

https://oag.sharefile.com/d-s49d85a0edf44c1c8

Regards,

**Ryan S. Hardy**
**Assistant Attorney General**
**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 786-0969 Office
RHardy@oag.state.va.us
http://www.ag.virginia.gov



This electronic communication may contain confidential or privileged information for an intended recipient. If you are not the intended recipient or received this email in error, please notify the sender immediately by return email and delete this email without disclosing, duplicating or otherwise transmitting the contents, including all attachments.

