# EXHIBIT 8

| | |
|---|---|
| **From:** | Duffy Carmack |
| **Sent:** | Wednesday, October 26, 2016 9:49 AM |
| **To:** | Deborah Hensley |
| **Subject:** | Re: Pay Period #21 |

Overtime for Elizabeth Tate in the amount of $728.30 is approved

**Duffy Carmack**
**Chief Financial Officer**
**Southwest Virginia Higher Education Center**
**276-619-4302**
www.swcenter.edu

---

**From:** Deborah Hensley
**Sent:** Tuesday, October 25, 2016 3:54:33 PM
**To:** Duffy Carmack
**Subject:** Pay Period #21

Duffy,

Elizabeth had $728.30 in overtime for pay period # 21.  Please approve.

Thanks,
Debbie



Deborah Hensley
Business Manager
1 Partnership Circle • PO Box 1987 • Abingdon, VA 24210
Office: (276) 619-4368 • Fax: (276) 619-4309
Visit our website: www.swcenter.edu

Follow us: 

1

SWVHEC023427