# EXHIBIT 12

## [No Subject]

| | |
|---|---|
| From: | "Scholl, Richard (OSIG)" <richard.scholl@osig.virginia.gov> |
| To: | "Myer, Eric (OSIG)" <eric.myer@osig.virginia.gov> |
| Cc: | Jeff Webb <jeff.webb@swcenter.edu>, David Matlock <dmatlock@swcenter.edu> |
| Attachments: | smime.p7s (5.7 kB) |

Great, thank you all!

On Nov 2, 2017, at 10:19 AM, Myer, Eric (OSIG) <Eric.Myer@osig.virginia.gov> wrote:

Hi Jeff,

I successfully downloaded and extracted the file and have passed it on to Richard.

Eric

**From:** Jeff Webb [mailto:jeff.webb@swcenter.edu]
**Sent:** Thursday, November 02, 2017 9:53 AM
**To:** Myer, Eric (OSIG) <Eric.Myer@osig.virginia.gov>; Scholl, Richard (OSIG) <Richard.Scholl@osig.virginia.gov>
**Cc:** Matlock, David (Virginia) <dmatlock@swcenter.edu>
**Subject:** RE: Follow-up Information

Hi Eric,

The zipped file is uploaded.  Please let me know if you need anything further.

Thank you,

Jeff

**From:** Myer, Eric (OSIG) [mailto:Eric.Myer@osig.virginia.gov]
**Sent:** Thursday, November 2, 2017 8:09 AM
**To:** Scholl, Richard (OSIG) <Richard.Scholl@osig.virginia.gov>; Jeff Webb <jeff.webb@swcenter.edu>
**Cc:** David Matlock <dmatlock@swcenter.edu>
**Subject:** RE: Follow-up Information

Hi Jeff,

You should be receiving an email from the VITA Large File Transfer service that will allow you to send the file to me and I can download it from there.  I believe it only takes zip files so you'll need to zip the PST before uploading it.  Let me know if you run into any trouble.

Eric V. Myer

IT Data Architect

Information Technology & Security Services

**Office of the State Inspector General**

**James Monroe Building**
**101 N. 14th Street, 7th Floor**
**Richmond, VA 23219**

**(804) 625-3265**

73

10262

From: Scholl, Richard (OSIG)
Sent: Wednesday, November 01, 2017 4:16 PM
To: Jeff Webb <jeff.webb@swcenter.edu>
Cc: Matlock, David (Virginia) <dmatlock@swcenter.edu>; Myer, Eric (OSIG) <Eric.Myer@osig.virginia.gov>
Subject: RE: Follow-up Information


Good afternoon Jeff,


Thank you for compiling this information.  I have copied one of our IT staff members, Eric Myer on this email to assist in the transfer of these files.  I will ask Eric to contact you and arrange for the data to be sent to him, since he is more familiar with this file type; Eric will then get the files to me internally.  Thanks again and I appreciate your expediency with getting us this information!


Rich


From: Jeff Webb [mailto:jeff.webb@swcenter.edu]
Sent: Wednesday, November 1, 2017 3:39 PM
To: Scholl, Richard (OSIG) <Richard.Scholl@osig.virginia.gov>
Cc: Matlock, David (Virginia) <dmatlock@swcenter.edu>
Subject: RE: Follow-up Information

Mr. Scholl,


We are in the process of pulling the communications that you have requested.  Please let me know how you would like to receive the requested data.  We can export the data to a .PST file and share that with you via Office365 SharePoint, where you can download it, or other means as you wish.


To the best of my knowledge, Mr. Carmack conducts his HEC Foundation communications using his swcenter.edu email account.  There is an email domain associated with the Foundation, but I believe that only the grants administrator, Alicia Young, uses it for Foundation business.  Our HEC IT staff doesn't manage that domain and any associated email account(s).


Please let me know how to proceed with getting the data to you.


Thanks,


Jeff

Jeffery Webb • Chief Information Officer / Sr. Systems Engineer
1 Partnership Circle • PO Box 1987 • Abingdon, VA 24210
Office: 276-619-4306 • Fax. 276-619-4309

jwebb@swcenter.edu          www.swcenter.edu

Follow us:


From: David Matlock
Sent: Wednesday, November 1, 2017 12:17 PM
To: Scholl, Richard (OSIG) <Richard.Scholl@osig.virginia.gov>
Cc: Jeff Webb <jeff.webb@swcenter.edu>
Subject: Re: Follow-up Information


Richard,

I am copying my reply to Jeff Webb who is the Director of IT Services at the center. He will be in contact with you and assist you in your research. Please let us know if there is anything else I can do to assist the Commonwealth. David.

Sent from my iPhone

On Nov 1, 2017, at 11:43 AM, Scholl, Richard (OSIG) <Richard.Scholl@osig.virginia.gov> wrote:

Good morning Mr. Matlock and hope all is well!

Thank you for meeting with us last week; we found it to be very helpful and productive as we look into our inquiry.

OSIG is interested in further researching Mr. Carmack's email communications during specific timeframes. Do you have an IT point of contact that can get us Mr. Carmack's work emails? I assume Mr. Carmack uses his regular swcenter.edu when conducting HEC Foundation business? If not, please let me know of any associated/foundation email addresses Carmack may have.

Specifically, we are looking for all email communications from dcarmack@swcenter.edu from November 15, 2015 to February 15, 2016 and also October 15, 2017 to present. We may expand that request as we move forward, but currently just need these two timeframes.

Let me know if it is easier for us to get our IT person to speak directly with your IT person or if you rather just submit this request.

Thanks again for all your help!

Rich

Richard J. Scholl Jr., MPA, CFE

Special Agent

<image001.png>

Office of the State Inspector General

James Monroe Building, 7th Floor

P.O. Box 1151

Richmond Virginia 23218

Ph: 804-418-4842

Fax: 804-786-2341

Email: Richard.Scholl@osig.virginia.gov

Website: www.osig.virginia.gov