# EXHIBIT 13

# In The Matter Of:

*William D. Carmack v.*
*Commonwealth of Virginia, et al*

---

*David Norwood Matlock, Jr.*
*January 24, 2019*

---



COURT REPORTING

208 E. Plume Street, Suite 214
Norfolk, Virginia 23510
*tel:* 757 627 6554  *fax:* 757 625 7077
*email:* info@zahncourtreporting.com

*Original File 012419kzdm.txt*
*Min-U-Script® with Word Index*

Page 297

              (7/21/16 email from David Matlock to HEC
              Staff RE:  Please Review!! Lunch will be
              ready at 12:30 today! marked as Matlock
              Exhibit Number 72)

BY MR. GRIMES:
    Q    Exhibit 72 is an email from David Matlock
to HEC staff dated 21 July 2016.
    A    Um-hum.
    Q    And there you write concerning the
2015/2016 school year.
         The first bullet point, "we finished the
year with a strong increase in overall Center activity
and our financial position remains very solid,"
exclamation point.  "For the year, revenues were up by
32 percent for Cooking Along the Crocked road,
22 percent (largest dollar increase) for leased space
and 59 percent for the testing center," exclamation
point, exclamation point.
         And all that's true, wasn't it?
    A    The percentages are -- I'm going to
assume they are correct.  I try to be as accurate as
possible.
    Q    Exhibit 73 is an email from David
Matlock -- that's you.
    A    That's -- my 73 is just a blank sheet of
paper.

Page 298

         MR. HARDY: I have a partial email.
         MR. GRIMES: Let's see what we have.
BY MR. GRIMES:
    Q    Debbie Hensley, does she have a master's
degree?
    A    I don't believe she does.
    Q    Is that a requirement for the CFO
position?
    A    No.  She's -- she's not the CFO.
    Q    Pardon?
    A    She's not the CFO.
    Q    Because she couldn't be because she
doesn't have a master's degree; correct?
    A    We don't need a CFO.
    Q    You made that decision long ago, haven't
you?
    A    January 4, 2018.
    Q    Who does Carmack's duties for the
Foundation now?
    A    What needs to be done, the Foundation
operates with the assistance of Alicia Young.
    Q    Carmack was never written up, was he?
    A    Not to my knowledge, not by me.

Page 299

              (11/1-2/17 emails between Richard Scholl,
              Eric Myer, Jeff Webb, David Matlock RE:
              Follow-up Information marked as Matlock
              Exhibit Number 73)

BY MR. GRIMES:
    Q    Exhibit 73; have you seen this document
before?
    A    I believe so, yes, sir.
    Q    Pardon?
    A    Yes, sir.
    Q    And can you tell me what this document
concerns?
    A    It appears that the police officer with
OSIG is requesting, I believe -- I believe the
request -- let me read -- let me read through.
         I believe they were requesting multiple
years of Mr. Carmack's emails.
    Q    And did you send them in the form of a
zip file?
    A    It -- it appears that Jeff Webb did.
    Q    Where is that zip file?
    A    Eric Myer, maybe.  I don't know.
    Q    You don't know?
    A    No.
    Q    But somebody sent a zip file with
Carmack's emails to OSIG; correct?

Page 300

    A    As requested, sir.
         MR. GRIMES: Ryan, could we get that, by
chance, the contents of the zip file?
         MR. HARDY: We'll look into it, yes.
         MR. KINCER: Of Mr. Carmack's email
account.
         MR. GRIMES: Whatever was in the zip
file.  Whatever is described here.  The zip file.
         MR. KINCER: Right, right.
         But you had said Mr. Carmack's emails
here, not the Commonwealth's emails.
         MR. GRIMES: He said that.
         MR. KINCER: I don't think so.
         MR. GRIMES: I don't know what's in the
zip file.
         MR. KINCER: Okay.
         MR. GRIMES: Whatever -- whatever was
sent by Jeff Webb to OSIG referenced in this email of
November 2, 2017, Exhibit 73.
BY MR. GRIMES:
    Q    Do you know anything about Ann Dunham's
report to OSIG?
    A    No.
    Q    The Center had to use nongeneral revenue
for approximately the last two months for wages to