# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| WILLIAMS D. CARMACK, | ) |
| Plaintiff, | ) Case No. 1:18-cv-00031 |
| v. | ) |
| COMMONWEALTH OF VIRGINIA, et al., | ) By: Hon. Michael F. Urbanski<br>) Chief United States District Judge |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendants' motion for summary judgment, ECF No. 63, is **GRANTED**. This matter is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 08-29-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge